IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

MINUTE SHEET

**UNITED STATES OF AMERICA**  Date: December 4, 2008

vs.  Case No. 08-5007-1-CR-SW-RED

**CHARLES MAX FOSTER**

Honorable Richard E. Dorr, presiding at Springfield, Missouri

Nature of Hearing: Change of Plea Hearing

Time Commenced: 4:17 P.M.    Time Terminated: 4:33 P.M.

APPEARANCES

Plaintiff's counsel: Gary Milligan, AUSA
Defendant's counsel: David Mercer, AFPD

Proceedings: Counsel appear as indicated above, dft in person. The Court has reviewed the Report and Recommendation by Magistrate Judge England. The Court adopts the Report and Recommendation {doc 30} and denies dft's motion to dismiss {doc 22}. Dft duly sworn and answers questions propounded by the Court. Dft is advised of rights and pleads guilty to Count 1 of the Indictment. The Court finds adequate factual basis for the plea of guilty and accepts the plea of guilty. Presentence Investigation Report ordered. Plea agreement filed. Dft remains in custody.

COURT REPORTER: Jeannine Rankin
COURTROOM DEPUTY: Karen Siegert
LAW CLERK: Ryan DeBoef